**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
APR 0 4 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

TEVA PHARMACUETICAL
INDUSTRIES LTD., TEVA
PHARMACUETICALS USA, INC.

        Plaintiffs,

        v.

ZYDUS PHARMACEUTICALS, INC.,
CADILA HEALTHCARE LIMITED,

        Defendants.

Civ. No. 07-4942 (GEB) (JJH)

**ORDER**

### BROWN, Chief Judge

    This matter comes before the court upon the motion of plaintiffs Teva Pharmaceutical Industries Ltd. and Teva Pharmacueticals USA, Inc. (collectively "Teva") to dismiss defendants' ninth, tenth and eleventh counterclaims, or in the alternative, for a more definite statement (Docket No. 18); and

    IT APPEARING TO THE COURT that Teva's motion is mooted by the Amended Answer and Amended Counterclaims filed on March 4, 2008;

    IT IS THIS 3rd day of April 2008 hereby

    ORDERED that Teva's motion to dismiss (Docket No. 18) is denied without prejudice.

                                GARRETT E. BROWN, JR., U.S.D.J.