LITE DEPALMA GREENBERG & RIVAS, LLC
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
alite@ldgrlaw.com
mpatunas@ldgrlaw.com
mtarantino@ldgrlaw.com
(973) 623-3000

SUTHERLAND ASBILL & BRENNAN LLP
John L. North
Jeffrey J. Toney
N.E.B. Minnear
999 Peachtree Street
Atlanta, Georgia 30309-3996
*Attorneys for Plaintiffs*



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br>     Plaintiffs <br><br> v. <br><br> ZYDUS PHARMACEUTICALS, INC. and CADILA HEALTHCARE LIMITED, <br>     Defendants. | Civil Action No. 07-4942 (GEB) (JJH) |

### STIPULATION AND [~~PROPOSED~~] ORDER OF PARTIAL DISMISSAL

WHEREAS the parties hereto, Plaintiffs Teva Pharmaceutical Industries Ltd. and

Teva Pharmaceuticals USA, Inc. (together "Teva") and Defendants Zydus

Pharmaceuticals, Inc. and Cadila Healthcare Limited (together "Zydus"), having advised

the Court that all controversies between them as to U.S. Patent No. 7,056,942 (the "'942

Patent") have been resolved and that with respect to U.S. Patent No. 6,710,184 (the

"'184 Patent") the controversy between the parties regarding infringement has been resolved pursuant to a covenant-not-to-sue tendered by Teva dated October 23, 2008, but the parties continue to dispute whether jurisdiction exists over Zydus's other counterclaims regarding the '184 Patent,

IT IS HEREBY STIPULATED AND ORDERED THAT,

Teva's claims under the '942 Patent and the '184 Patent, Zydus's counterclaims with respect to the '942 Patent, and its non-infringement counterclaim (the Third Counterclaim) with respect to the '184 Patent are DISMISSED with prejudice in their entirety and without costs to any party.

SO ORDERED. this 13th day of November, 2008.

_____
The Honorable Garrett E. Brown
Chief Judge, United States District Court for the
District of New Jersey

Dated: 11-11-08

**LITE DEPALMA GREENBERG & RIVAS, LLC**

_____
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Tel: (973) 623-3000

*Attorneys for Plaintiffs Teva Pharmaceutical
Industries Ltd. and Teva Pharmaceuticals USA, Inc.*

|  |  |
|---|---|
| Dated: 11-11-08 | **KELLEY DRYE & WARREN LLP**<br><br>_____<br>Joseph A. Boyle<br>Christopher G. Fitzpatrick<br>Steven Moore (Of Counsel)<br>200 Kimball Drive<br>Parsippany, New Jersey 07054<br>Tel.: (973) 503-5900<br><br>*Attorneys for Defendants Zydus Pharmaceuticals,*<br>*Inc. and Cadila Healthcare Limited* |

CT01/KNIGD/260089.1